# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:11−cv−00145−JCH

Putnam Bank v. Countrywide Financial Corp et al
Assigned to: Judge Janet C. Hall
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/27/2011
Date Terminated: 05/16/2011
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Putnam Bank**
*Individually and on Behalf of all Others Similarly Situated*

represented by **Amanda F. Lawrence**
Scott &Scott LLP − CT
156 South Main Street
P. O. Box 192
Colchester, CT 06415
860−537−5537
Email: alawrence@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Randell Scott**
Scott &Scott LLP − CT
156 South Main Street
P. O. Box 192
Colchester, CT 06415
860−537−5537
Fax: 860−537−4432
Email: drscott@scott−scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey M. Johnson**
Scott &Scott LLP
12434 Cedar Rd.
Cleveland Heights, OH 44106
216−229−6088
Email: gjohnson@scott−scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Countrywide Financial Corp**

represented by **Brian C. Devine**
Goodwin Procter − MA
Exchange Place
53 State Street
Boston, MA 02109
617−570−1000

Fax: 617–523–1231
Email: bdevine@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
Goodwin Procter – MA
Exchange Place
53 State Street
Boston, MA 02109
617–248–1000
Fax: 617–523–1231
Email: bpastuszenski@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
Goodwin Procter – MA
Exchange Place
53 State Street
Boston, MA 02109
617–570–1368
Fax: 617–523–1231
Email: dwilmot@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Roeser**
Goodwin Procter – MA
Exchange Place
53 State Street
Boston, MA 02109
617–570–1000
Fax: 617–523–1231
Email: droeser@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H. Friedman–Boyce**
Goodwin Procter – MA
Exchange Place
53 State Street
Boston, MA 02109
617–570–1000
Fax: 617–523–1231
Email: ifriedmanboyce@goodwinprocter.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Countrywide Home Loans, Inc** | represented by | **Brian C. Devine** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Brian E. Pastuszenski** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Damian W. Wilmot** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Daniel P. Roeser** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Inez H. Friedman–Boyce** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Countrywide Capital Markets, LLC** | represented by | **Brian C. Devine** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Brian E. Pastuszenski** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Damian W. Wilmot** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Daniel P. Roeser** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| | | **Inez H. Friedman–Boyce** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Securities Corp.** represented by **Brian C. Devine**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Roeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H. Friedman–Boyce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CWALT, Inc.** represented by **Brian C. Devine**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Roeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H. Friedman−Boyce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

CWMBS, Inc.    represented by    **Brian C. Devine**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Roeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H. Friedman−Boyce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

BAC Home Loans Servicing LP    represented by    **Joseph Kevin Scully**
Day Pitney LLP−Htfd−CT
242 Trumbull St.
Hartford, CT 06103−1212
860−275−0135
Fax: 860−275−0343
Email: JKScully@DayPitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NB Holdings Corp.** represented by **Joseph Kevin Scully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Angelo Mozilo** represented by **A. Matthew Ashley**
Irell &Manella LLP
840 Newport Center
Suite 400
Newport Beach, CA 92660
949–760–0991
Fax: 949–760–5200
Email: mashley@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Allison Libeu**
Irell &Manella LLP
840 Newport Center
Suite 400
Newport Beach, CA 92660
949–760–0991
Fax: 949–760–5200
Email: alibeu@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Siegel**
Irell &Manella
1800 Avenue of the Stars
Ste. 900
Los Angeles, CA 90067–4276
310–277–1010
Fax: 310–203–7199
Email: dsiegel@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Holly Gershow**
Irell &Manella
1800 Avenue of the Stars
Ste. 900
Los Angeles, CA 90067–4276
310–277–1010
Fax: 310–203–7199
Email: hgershow@irell.com
*LEAD ATTORNEY*
*PRO HAC VICE*

                              *ATTORNEY TO BE NOTICED*

                              **James T. Shearin**
                              Pullman &Comley
                              850 Main St., Po Box 7006
                              Bridgeport, CT 06601−7006
                              203−330−2000
                              Email: jshearin@pullcom.com
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

**Defendant**

**David Sambol**                           represented by  **Alfred U. Pavlis**
                              Finn Dixon &Herling
                              177 Broad St., 15th Fl.
                              Stamford, CT 06901−2048
                              203−325−5000
                              Fax: 203−325−5001
                              Email: apavlis@fdh.com
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

                              **Michael D. Torpey**
                              Orrick, Herrington &Sutcliffe LLP−SF,CA
                              The Orrick Bldg.
                              405 Howard St.
                              San Francisco, CA 94105−2669
                              415−773−5932
                              Fax: 415−773−5759
                              Email: mtorpey@orrick.com
                              *LEAD ATTORNEY*
                              *PRO HAC VICE*
                              *ATTORNEY TO BE NOTICED*

                              **Michael C. Tu**
                              Orrick, Herrington &Sutcliffe LLP−CA
                              777 South Figueroa St., Suite 3200
                              Los Angeles, CA 90014−585
                              213−612−2433
                              Fax: 213−612−2499
                              Email: mtu@orrick.com
                              *LEAD ATTORNEY*
                              *PRO HAC VICE*
                              *ATTORNEY TO BE NOTICED*

                              **Patrick J. McHugh**
                              Finn Dixon &Herling
                              177 Broad St., 15th Fl.
                              Stamford, CT 06901−2048
                              203−325−5000
                              Fax: 203−325−5001
                              Email: pmchugh@fdh.com
                              *LEAD ATTORNEY*
                              *ATTORNEY TO BE NOTICED*

|  |  |
|--|--|
|  | **Richard S. Gora**<br>Finn Dixon &Herling<br>177 Broad St., 15th Fl.<br>Stamford, CT 06901−2048<br>203−325−5007<br>Fax: 203−325−5001<br>Email: rgora@fdh.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Teodora E. Manolova**<br>Orrick, Herrington &Sutcliffe LLP−CA<br>777 South Figueroa St., Suite 3200<br>Los Angeles, CA 90014−585<br>213−612−2454<br>Fax: 213−612−2499<br>Email: tmanolova@orrick.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Eric Sieracki**         represented by   **Eric M. Falkenberry**
DLA Piper US LLP−NY
1251 Avenue of the Americas, 27th Floor
New York, NY 10020−1104
212−335−4500
Email: eric.falkenberry@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ranjit Kripalani**      represented by   **Kurt W. Hansson**
Paul, Hastings, Janofsky &Walker, LLP − NY
75 East 55th Street, 1st floor
New York, NY 10022
212−318−6000
Email: kurthansson@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford Kurland**      represented by   **Christopher G. Caldwell**
Caldwell Leslie &Proctor, PC
1000 Wilshire Blvd., Suite 600
Los Angeles, CA 90017
213−629−9040
Fax: 213−629−9022
Email: caldwell@caldwell−leslie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **David C. Codell**<br>Caldwell Leslie &Proctor, PC<br>1000 Wilshire Blvd., Suite 600<br>Los Angeles, CA 90017<br>213−629−9040<br>Fax: 213−629−9022<br>Email: codell@caldwell−leslie.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Shelley R. Sadin**<br>Zeldes, Needle &Cooper<br>1000 Lafayette Blvd., PO Box 1740<br>Bridgeport, CT 06601−1740<br>203−333−9441<br>Fax: 203−333−1489<br>Email: ssadin@znclaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **David A. Spector** represented by | **Leiv Blad**<br>Bingham McCutchen − DC<br>2020 K St., NW<br>Washington, DC 20006−1806<br>202−373−6564<br>Fax: 202−373−6001<br>Email: leiv.blad@bingham.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **James C. McGrath**<br>Bingham McCutchen<br>150 Federal Street<br>Boston, MA 02110−1726<br>617−951−8000<br>Fax: 617−345−5040<br>Email: james.mcgrath@bingham.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **N. Joshua Adler** represented by | **Brian C. Devine**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Brian E. Pastuszenski**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel P. Roeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez H. Friedman–Boyce**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Sandefur** represented by **Kurt W. Hansson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bank of America Corp** represented by **Joseph Kevin Scully**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2011 | Ï 1 | COMPLAINT against N. Joshua Adler, BAC Home Loans Servicing LP, Bank of Amer Corp, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector, filed by Putnam Bank.(Montgomery, A.) (Entered: 01/28/2011) |
| 01/27/2011 | Ï 2 | Order on Pretrial Deadlines: Motions to Dismiss due on 4/27/2011. Amended Pleadings due by 3/28/2011 Discovery due by 7/29/2011 Dispositive Motions due by 8/28/2011. Signed by Clerk on 1/27/2011. (Montgomery, A.) (Entered: 01/28/2011) |
| 01/27/2011 | Ï 3 | ELECTRONIC FILING ORDER – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Janet C. Hall on 1/27/2011. (Montgomery, A.) (Entered: 01/28/2011) |
| 01/27/2011 | Ï 4 | STANDING PROTECTIVE ORDER. Signed by Judge Janet C. Hall on 1/27/2011. (Montgomery, A.) (Entered: 01/28/2011) |
| 01/27/2011 | Ï 6 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 4 Protective Order, 1 Complaint, filed by Putnam |

| | | |
|---|---|---|
| | | Bank, 3 Electronic Filing Order. Signed by Clerk on 1/27/2011. (Montgomery, A.) (Entered: 01/28/2011) |
| 01/27/2011 | Ï | Filing fee received from Scott and Scott LLP: $ 350.00, receipt number CTXH00000388 (Montgomery, A.) (Entered: 01/28/2011) |
| 01/28/2011 | Ï 5 | Summons Issued as to BAC Home Loans Servicing LP, Bank of Amer Corp, CWALT, Inc., CWMBS, Inc., Countrywide Financial Corporation, Countrywide Home Loans, Countrywide Capital Markets, Countrywide Securities Corp., NB Holdings Corp.. Counsel receiving this electronic notice should download the attached summons for service in accordance with Fed.R.Civ.P. 4 and LR 4. (Montgomery, A.) Modified on 2/2/2011 to correct parties as to whom summons was issued (Montgomery, A.). (Entered: 01/28/2011) |
| 03/02/2011 | Ï 7 | NOTICE of Appearance by Damian W. Wilmot on behalf of N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp. (Wilmot, Damian) (Entered: 03/02/2011) |
| 03/02/2011 | Ï 8 | Corporate Disclosure Statement by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp. identifying Corporate Parent Bank of America Corporation for CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp., N. Joshua Adler. (Wilmot, Damian) (Entered: 03/02/2011) |
| 03/02/2011 | Ï 9 | MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)* by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. (Wilmot, Damian) (Entered: 03/02/2011) |
| 03/02/2011 | Ï 10 | Memorandum in Support re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< MOTION to Transfer to Another District (Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* filed by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. (Wilmot, Damian) (Entered: 03/02/2011) |
| 03/02/2011 | Ï 11 | AFFIDAVIT re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< MOTION to Transfer to Another District (Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< (Declaration of Damian W. Wilmot)* Signed By Damian W. Wilmot filed by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P – Part 1 of 2, # 17 Exhibit P – Part 2 of 2, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U)(Wilmot, Damian) (Entered: 03/02/2011) |
| 03/02/2011 | Ï 12 | AFFIDAVIT re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central* |

| | | |
|---|---|---|
| | | District of California Where Identical Litigation is Currently Pending)< MOTION to Transfer to Another District (Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< (Declaration of Paul T. Liu in Support of Countrywide Defendants' Motion to Transfer Venue) Signed By Paul T. Liu filed by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. (Wilmot, Damian) (Entered: 03/02/2011) |
| 03/08/2011 | 13 | NOTICE of Appearance by Shelley R. Sadin on behalf of Stanford Kurland (Sadin, Shelley) (Entered: 03/08/2011) |
| 03/08/2011 | 14 | NOTICE of Appearance by James T. Shearin on behalf of Angelo Mozilo (Shearin, James) (Entered: 03/08/2011) |
| 03/08/2011 | 15 | NOTICE of Appearance by Alfred U. Pavlis on behalf of David Sambol (Pavlis, Alfred) (Entered: 03/08/2011) |
| 03/08/2011 | 16 | NOTICE of Appearance by Patrick J. McHugh on behalf of David Sambol (McHugh, Patrick) (Entered: 03/08/2011) |
| 03/08/2011 | 17 | NOTICE of Appearance by Richard S. Gora on behalf of David Sambol (Gora, Richard) (Entered: 03/08/2011) |
| 03/09/2011 | 18 | Joint MOTION for Extension of Time until 60 days after the later of (1) the date as of which a Lead Plaintiff has been appointed and a Consolidated Amended Complaint has been filed; (2) the date on which the Motion to Transfer has been decided to Respond to 1 Complaint by N. Joshua Adler, BAC Home Loans Servicing LP, Bank of America Corp, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., Putnam Bank, David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector. (Wilmot, Damian) Modified on 3/10/2011 TO LINK TO DOC #1 (Simpson, T.). (Entered: 03/09/2011) |
| 03/14/2011 | 19 | MOTION for Leave to Appear Pro Hac Vice for Attorney A. Matthew Ashley. Filing Fee $25. Receipt Number CTXH00000744. by Angelo Mozilo. (Attachments: # 1 Affidavit)(Ferguson, L.) Modified on 3/15/2011 to correct receipt no. (Ferguson, L.). (Entered: 03/15/2011) |
| 03/14/2011 | 20 | MOTION for Leave to Appear Pro Hac Vice for Attorney Holly Gershow. Filing Fee $25. Receipt Number CTXH00000744, by Angelo Mozilo. (Attachments: # 1 Affidavit)(Ferguson, L.) Modified on 3/15/2011 to correct receipt no. (Ferguson, L.). (Entered: 03/15/2011) |
| 03/14/2011 | 21 | MOTION for Leave to Appear Pro Hac Vice for Attorney Allison Libeu. Filing Fee $25. Receipt Number CTXH00000744, by Angelo Mozilo. (Attachments: # 1 Affidavit)(Ferguson, L.) (Entered: 03/15/2011) |
| 03/15/2011 | 22 | ORDER granting 19 Motion to Appear Pro Hac Vice for Attorney A. Matthew Ashley; granting 20 Motion to Appear Pro Hac Vice for Attorney Holly Gershow; granting 21 Motion to Appear Pro Hac Vice for Attorney Allison Libeu. Signed by Clerk on 3/15/11. (Ferguson, L.) (Entered: 03/15/2011) |
| 03/16/2011 |  | Set Deadlines/Hearings: Rule 26 Meeting Report due by 4/15/2011 (DeRubeis, B.) (Entered: 03/16/2011) |
| 03/16/2011 | 23 | MOTION for Attorney David C. Codell to Appear Pro Hac Vice by Stanford Kurland. Filing Fee $25.00. Receipt Number CTXN00000858. (Brown, S.) (Entered: 03/17/2011) |
| 03/16/2011 | 25 | |

| | | |
|---|---|---|
| | | MOTION for Attorney Christopher G. Caldwell to Appear Pro Hac Vice by Stanford Kurland. Filing Fee $25.00. Receipt Number CTXN00000857. (Brown, S.) (Entered: 03/17/2011) |
| 03/17/2011 | 24 | ORDER granting 23 Motion for Attorney David C. Codell to Appear Pro Hac Vice. Signed by Clerk on 3/17/11. (Brown, S.) (Entered: 03/17/2011) |
| 03/17/2011 | 26 | ORDER granting 25 Motion for Attorney Christopher G. Caldwell to Appear Pro Hac Vice. Signed by Clerk on 3/17/11. (Brown, S.) (Entered: 03/17/2011) |
| 03/17/2011 | 27 | NOTICE of Appearance by Holly Gershow on behalf of Angelo Mozilo (Gershow, Holly) (Entered: 03/17/2011) |
| 03/17/2011 | 28 | NOTICE of Appearance by Allison Libeu on behalf of Angelo Mozilo (Libeu, Allison) (Entered: 03/17/2011) |
| 03/17/2011 | 29 | NOTICE of Appearance by A. Matthew Ashley on behalf of Angelo Mozilo (Ashley, A.) (Entered: 03/17/2011) |
| 03/21/2011 | 30 | ORDER granting 18 Motion for Extension of Time to a time 60 days after lead counsel is appointed and an amended complaint is filed. SO ORDERED by Judge Janet C. Hall on 3/18/2011. (Hobbs, J.) (Entered: 03/21/2011) |
| 03/22/2011 | 31 | NOTICE of Appearance by Amanda F. Lawrence on behalf of Putnam Bank (Lawrence, Amanda) (Entered: 03/22/2011) |
| 03/22/2011 | 32 | NOTICE of Appearance by Joseph Kevin Scully on behalf of BAC Home Loans Servicing LP, Bank of America Corp, NB Holdings Corp. (Scully, Joseph) (Entered: 03/22/2011) |
| 03/22/2011 | 33 | NOTICE by Angelo Mozilo re 22 Order on Motion to Appear,,,,, *Pro Hac Vice Re: Alvin Matthew Ashley* (Attachments: # 1 Certificate of Good Standing)(Shearin, James) (Entered: 03/22/2011) |
| 03/22/2011 | 34 | MOTION for Joinder re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< MOTION to Transfer to Another District (Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp, 10 Memorandum in Support of Motion,, filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by BAC Home Loans Servicing LP, Bank of America Corp, NB Holdings Corp.. (Scully, Joseph) (Entered: 03/22/2011) |
| 03/22/2011 | 35 | NOTICE by Angelo Mozilo re 22 Order on Motion to Appear,,,,, *Pro Hac Vice Re: Holly Lynn Gershow* (Attachments: # 1 Certificate of Good Standing)(Shearin, James) (Entered: 03/22/2011) |
| 03/22/2011 | 36 | NOTICE by Angelo Mozilo re 22 Order on Motion to Appear,,,,, *Pro Hac Vice Re: Allison Lauren Libeu* (Attachments: # 1 Certificate of Good Standing)(Shearin, James) (Entered: 03/22/2011) |
| 03/22/2011 | 37 | Corporate Disclosure Statement by BAC Home Loans Servicing LP, Bank of America Corp, NB Holdings Corp.. (Scully, Joseph) (Entered: 03/22/2011) |
| 03/22/2011 | 38 | NOTICE of Appearance by Christopher G. Caldwell on behalf of Stanford Kurland (Caldwell, Christopher) (Entered: 03/22/2011) |
| 03/22/2011 | 39 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by David C. Codell on behalf of Stanford Kurland (Codell, David) (Entered: 03/22/2011) |
| 03/23/2011 | 40 | Memorandum in Opposition *Plaintiff Putnam Bank's Memorandum of Law in Opposition to the Countrywide Defendants' Motion to Transfer Venue* re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* filed by Putnam Bank. (Attachments: # 1 Declaration of Thomas Laughlin, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration, # 4 Exhibit 3 to Declaration, # 5 Exhibit 4 to Declaration (first half), # 6 Exhibit 4 to Declaration (second half), # 7 Exhibit 5 to Declaration, # 8 Exhibit 6 to Declaration, # 9 Exhibit 7 to Declaration, # 10 Exhibit 8 to Declaration, # 11 Exhibit 9 to Declaration, # 12 Exhibit 10 to Declaration, # 13 Exhibit 11 to Declaration, # 14 Exhibit 12 to Declaration)(Lawrence, Amanda) (Entered: 03/23/2011) |
| 03/28/2011 | 41 | MOTION for Joinder re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp, 10 Memorandum in Support of Motion,, filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by Angelo Mozilo, David Sambol. (Pavlis, Alfred) (Entered: 03/28/2011) |
| 03/28/2011 | 42 | MOTION for Joinder *JOINDER OF DEFENDANT STANFORD KURLAND IN COUNTRYWIDE DEFENDANTS' MOTION TO TRANSFER VENUE UNDER 28 U.S.C. §1404(a) TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA WHERE IDENTICAL LITIGATION IS CURRENTLY PENDING* re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)<* filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp, 10 Memorandum in Support of Motion,, filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by Stanford Kurland. (Codell, David) (Entered: 03/28/2011) |
| 03/29/2011 | 43 | MOTION to Appoint Counsel *Motion of Putnam Bank for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel* by Putnam Bank. (Lawrence, Amanda) (Entered: 03/29/2011) |
| 03/29/2011 | 44 | Memorandum in Support re 43 MOTION to Appoint Counsel *Motion of Putnam Bank for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel* filed by Putnam Bank. (Attachments: # 1 Declaration, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration, # 5 Exhibit D to Declaration, # 6 Text of Proposed Order)(Lawrence, Amanda) (Entered: 03/29/2011) |
| 03/29/2011 | 45 | |

| | | |
|---|---|---|
| | | MOTION for Joinder *(Joinder of David A. Spector in Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)* re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by David A. Spector. (McGrath, James) (Entered: 03/29/2011) |
| 03/29/2011 | 46 | NOTICE of Appearance by Eric M. Falkenberry on behalf of Eric Sieracki *with Certificate of Service.* (Falkenberry, Eric) (Entered: 03/29/2011) |
| 03/29/2011 | 47 | MOTION for Joinder *of Defendants Ranjit Kripalani and Jennifer Sandefur* re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp, 10 Memorandum in Support of Motion,, filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by Ranjit Kripalani, Jennifer Sandefur. (Hansson, Kurt) (Entered: 03/29/2011) |
| 03/29/2011 | 48 | MOTION for Leave to Appear pro hac vice Attorney David Siegel. Filing Fee $25.00. Receipt Number CTXB00000545. by Angelo Mozilo. (Attachments: # 1 Affidavit)(Lewis, D) (Entered: 03/29/2011) |
| 03/29/2011 | 49 | ORDER granting 48 Motion for David Siegel to Appear pro hac vice. Signed by Clerk on 3/29/11. (Lewis, D) (Entered: 03/29/2011) |
| 03/30/2011 | 50 | NOTICE by Angelo Mozilo re 49 Order on Motion to Appear *Pro Hac Vice re: David Siegel* (Attachments: # 1 Certificate of Good Standing)(Shearin, James) (Entered: 03/30/2011) |
| 03/31/2011 | 51 | MOTION for Attorney Leiv Blad to Appear Pro Hac Vice. Filing Fee $25. Receipt Number CTXN00001036. by David A. Spector. (Brown, S.) (Entered: 03/31/2011) |
| 03/31/2011 | 52 | ORDER granting 51 Motion for Attorney Leiv H. Blad to Appear Pro Hac Vice. Signed by Clerk on 3/31/11. (Brown, S.) (Entered: 03/31/2011) |
| 04/01/2011 | 53 | MOTION for Joinder *of defendant Eric Sieracki* re 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)*< filed by Countrywide Securities Corp., Countrywide Home Loans, Inc, CWMBS, Inc., Countrywide Capital Markets, LLC, N. Joshua Adler, CWALT, Inc., Countrywide Financial Corp by Eric Sieracki. (Falkenberry, Eric) (Entered: 04/01/2011) |
| 04/04/2011 | 54 | MOTION for Attorney Daniel P. Roeser to Appear Pro Hac Vice by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp... Filing Fee $25.00. Receipt |

| | | |
|---|---|---|
| | | Number CTXN00001079. (Brown, S.) (Entered: 04/05/2011) |
| 04/04/2011 | 55 | MOTION for Attorney Brian E. Pastuszenski to Appear Pro Hac Vice by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. Filing Fee $25.00. Receipt Number CTXN00001080. (Brown, S.) (Entered: 04/05/2011) |
| 04/04/2011 | 56 | MOTION for Attorney Brian C. Devine to appear Pro Hac Vice by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. Filing Fee $25.00. Receipt Number CTXN00001082. (Brown, S.) (Entered: 04/05/2011) |
| 04/04/2011 | 57 | MOTION for Attorney Inez H. Friedman−Boyce to Appear Pro Hac Vice by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp... Filing Fee $25.00. Receipt Number CTXN00001083. (Brown, S.) (Entered: 04/05/2011) |
| 04/05/2011 | 58 | ORDER granting 54 Motion for Attorney Daniel P. Roeser toAppear Pro Hac Vice. Signed by Clerk on 4/5/11. (Brown, S.) (Entered: 04/05/2011) |
| 04/05/2011 | 59 | ORDER granting 55 Motion for Attorney Brian E. Pastuszenski to Appear Pro Hac Vice Attorney for N. Joshua Adler, CWALT, Inc., CWMBS, Inc. Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp. added.. Signed by Clerk on 4/5/11. (Brown, S.) (Entered: 04/05/2011) |
| 04/05/2011 | 60 | ORDER granting 56 Motion for Attorney Brian C. Devine to Appear Pro Hac Vice. Signed by Clerk on 4/5/11. (Brown, S.) (Entered: 04/05/2011) |
| 04/05/2011 | 61 | ORDER granting 57 Motion for Attorney Inez H. Friedman−Boyce to Appear Pro Hac Vice N. Joshua Adler, CWALT, Inc.,r CWMBS, Inc., Countrywide Capital Markets, LLC,Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp. added.. Signed by Clerk on 4/5/11. (Brown, S.) (Entered: 04/05/2011) |
| 04/05/2011 | 62 | MOTION for Leave to Appear Pro Hac Vice Attorney Geoffrey M. Johnson, Esq.. Filing Fee $25.00. Receipt Number CTXH00000884. by Putnam Bank. (Montgomery, A.) (Entered: 04/06/2011) |
| 04/06/2011 | 63 | ORDER granting 62 Motion for Attorney Geoffrey M. Johnson to Appear Pro Hac Vice. Signed by Clerk on 4/6/2011. (Montgomery, A.) (Entered: 04/06/2011) |
| 04/06/2011 | 64 | REPLY to Response to 9 MOTION to Transfer to Another District *(Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< MOTION to Transfer to Another District (Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) to the United States District Court for the Central District of California Where Identical Litigation is Currently Pending)< filed by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp..* (Wilmot, Damian) (Entered: 04/06/2011) |
| 04/06/2011 | 65 | Supplemental AFFIDAVIT re 64 Reply to Response to Motion,, Signed By Damian W. Wilmot filed by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp.. (Attachments: # 1 Exhibit V, # 2 Exhibit W, # 3 Exhibit X, # 4 Exhibit Y, # 5 Exhibit Z, # 6 Exhibit AA)(Wilmot, Damian) (Entered: 04/06/2011) |
| 04/06/2011 | 66 | Joint MOTION to Suspend Deadline for Filing Rule 26(f) Report by N. Joshua Adler, BAC Home Loans Servicing LP, Bank of America Corp, CWALT, Inc., CWMBS, Inc., Countrywide |

| | | |
|---|---|---|
| | | Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., Putnam Bank, David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector.Responses due by 4/27/2011 (Wilmot, Damian) (Entered: 04/06/2011) |
| 04/06/2011 | 69 | MOTION for Leave to Appear Pro Hac Vice Attorney Michael C. Tu. Filing Fee $25.00. Receipt Number CTXB00000583. by David Sambol. (Simpson, T.) (Entered: 04/07/2011) |
| 04/06/2011 | 70 | MOTION for Leave to Appear Pro Hac Vice Attorney Teodora E. Manolova. Filing Fee $25.00. Receipt Number CTXB00000583. by David Sambol. (Simpson, T.) (Entered: 04/07/2011) |
| 04/07/2011 | 67 | NOTICE by Stanford Kurland *of Filing Certificate of Good Standing* (Sadin, Shelley) (Entered: 04/07/2011) |
| 04/07/2011 | 68 | NOTICE by Stanford Kurland *of Filing Certificate of Good Standing* (Sadin, Shelley) (Entered: 04/07/2011) |
| 04/07/2011 | 71 | ORDER granting 69 Motion for Attorney Michael C. Tu to Appear Pro Hac Vice; granting 70 Motion for Attorney Teodora E. Manolova to Appear Pro Hac Vice. Signed by Clerk on 4/7/2011. (Simpson, T.) (Entered: 04/07/2011) |
| 04/07/2011 | 72 | NOTICE by David A. Spector re 52 Order on Motion to Appear *Pro Hac Vice re: Leiv Blad* (Attachments: # 1 Certificate of Good Standing)(McGrath, James) (Entered: 04/07/2011) |
| 04/11/2011 | 73 | ORDER granting 66 Joint MOTION to Suspend Deadline for Filing Rule 26(f) Report by N. Joshua Adler, BAC Home Loans Servicing LP, Bank of America Corp, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., Putnam Bank, David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector. SO ORDERED by Judge Janet C. Hall on 4/11/2011. (DeRubeis, B.) (Entered: 04/11/2011) |
| 04/13/2011 | 74 | NOTICE of Appearance by David Siegel on behalf of Angelo Mozilo (Siegel, David) (Entered: 04/13/2011) |
| 04/18/2011 | 75 | NOTICE by Putnam Bank re 43 MOTION to Appoint Counsel *Motion of Putnam Bank for Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (NOTICE OF NON–OPPOSITION)* (Lawrence, Amanda) (Entered: 04/18/2011) |
| 05/03/2011 | 76 | CERTIFICATES OF GOOD STANDING re 54 , 55 , 56 and 57 MOTIONS for Leave to Appear Pro Hac Vice for Attorneys Brian C. Devine, Inez H. Friedman–Boyce, Brian E. Pastuszenski and Daniel P. Roeser, by N. Joshua Adler, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp, Countrywide Home Loans, Inc, Countrywide Securities Corp. (Kelsey, N.) (Entered: 05/03/2011) |
| 05/03/2011 | Ï | Set Deadlines/Hearings: Certificate of Good Standing due by 5/16/2011 as to 19 Motion to Appear Pro Hac Vice for Attorney A. Matthew Ashley; 20 Motion to Appear Pro Hac Vice for Attorney Holly Gershow; 21 Motion to Appear Pro Hac Vice for Attorney Allison Libeu. (DeRubeis, B.) (Entered: 05/03/2011) |
| 05/16/2011 | 77 | ORDER granting 34 Motion for Joinder; granting 41 Motion for Joinder; granting 42 Motion for Joinder; granting 45 Motion for Joinder; granting 47 Motion for Joinder; granting 53 Motion for Joinder. SO ORDERED by Judge Janet C. Hall on 5/16/11. (Hobbs, J.) (Entered: 05/16/2011) |
| 05/16/2011 | 78 | RULING granting 9 Motion to Transfer to Another District (Central District of California). Signed by Judge Janet C. Hall on 5/16/2011. (Payton, R.) (Entered: 05/16/2011) |
| 05/16/2011 | Ï | |

| | | |
|---|---|---|
| | | JUDICIAL PROCEEDINGS SURVEY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Payton, R.) (Entered: 05/16/2011) |
| 05/17/2011 | 79 | MOTION for Leave to Appear Pro Hac Vice Attorney Michael D. Torpey. Filing Fee $25.00. Receipt Number CTXB00000754. by David Sambol. (Simpson, T.) (Entered: 05/18/2011) |
| 05/18/2011 | 80 | ORDER granting 79 Motion for Attorney Michael D. Torpey to Appear Pro Hac Vice. Signed by Clerk on 5/18/2011. (Simpson, T.) (Entered: 05/18/2011) |
| 05/24/2011 | 81 | NOTICE by Countrywide Financial Corp *of Filing Papers with the Judicial Panel on Multidistrict Litigation* (Attachments: # 1 Attachment 1 – Motion to Transfer, # 2 Attachment 2 – Memo in Support, # 3 Attachment 3 – Oral Argument Statement, # 4 Attachment 4 – Appendix of Exhibits, # 5 Attachment 5 – Exhibits, # 6 Attachment 6 – Exhibits, # 7 Attachment 7 – Exhibits, # 8 Attachment 8 – Exhibits, # 9 Attachment 9 – Exhibits, # 10 Attachment 10 – Exhibits, # 11 Attachment 11 – Exhibits, # 12 Attachment 12 – Exhibits, # 13 Attachment 13 – Exhibits, # 14 Attchment 14 – Proof of Service)(Wilmot, Damian) (Entered: 05/24/2011) |